```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04143-HWV
Kenneth James Cramer                                            Chapter 13
Denise Ann Cramer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Mar 09, 2020
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4892155        E-mail/Text: bankruptcy.bnc@ditech.com Mar 09 2020 19:35:19
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
                                                                                       TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joseph B. Sobel    on behalf of Debtor 2 Denise Ann Cramer DebtEnds@aol.com,   ojoclemens@aol.com
              Joseph B. Sobel    on behalf of Debtor 1 Kenneth James Cramer DebtEnds@aol.com,   ojoclemens@aol.com
              Joseph B. Sobel    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               DebtEnds@aol.com,  ojoclemens@aol.com
              Sindi  Mncina   on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               smncina@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-04143-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Kenneth James Cramer
2745 Booser Avenue
Harrisburg PA 17103

Denise Ann Cramer
2745 Booser Avenue
Harrisburg PA 17103

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Ser
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/11/20

Terrence S. Miller
**CLERK OF THE COURT**