# UNITED STATES BANKRUPTCY COURT
## MIDDLE District of PENNSYLVANIA

In re:  
KENNETH JAMES CRAMER AND DENISE ANN CRAMER  
Debtor(s).

Case No. 16-04143

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>USAA FEDERAL SAVINGS BANK</u>　　　　　　　　　　Court Claim # 8  
Name of Secured Creditor

Old Address of Secured Creditor:

USAA Federal Savings Bank  
C/O Weinstein & Riley, PS  
2001 Western Ave, Suite 400  
Seattle, WA 98121

New Name and/or Address where **NOTICES** to Secured Creditor should be sent:

USAA Federal Savings Bank  
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC  
10700 Abbott's Bridge Road, Suite 170  
Duluth, GA  30097  
Phone: <u>470-321-7112</u>

Name and/or Address where **PAYMENTS** to Secured Creditor should be sent (if different from above):

Credit Card Payment Processing- USAA Federal Saving Bank  
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC  
PO Box 272410  
Boca Raton, FL  33427  
Phone: <u>561-241-6901</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/_Charles G. Wohlrab_____　　　　　Date:　__12/02/2021_____  
　　　Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 7, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KENNETH JAMES CRAMER
AND DENISE ANN CRAMER
2745 BOOSER AVENUE
HARRISBURG, PA 17103

And via electronic mail to:

JOSEPH B. SOBEL
PO BOX 828
HARRISBURG, PA 17108-0828

JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ Ranesha Straker