In re:  Case No. 16-04143-HWV

Kenneth James Cramer  Chapter 13

Denise Ann Cramer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 6
Date Rcvd: Jul 19, 2022  Form ID: 3180W  Total Noticed: 103

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth James Cramer, Denise Ann Cramer, 2745 Booser Avenue, Harrisburg, PA 17103-1930 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| 4841660 | + | AP Account Services, 9311 San Pedro Ave Ste 600, San Antonio, TX 78216-4459 |
| 4841654 | + | Alliance One, PO Box 1259, Dept 114164, Oaks, PA 19456-1259 |
| 4841663 | | BJs Club MasterCard, Comenity Bank, PO Box 18043, Columbus, OH 43218 |
| 4841664 | + | Blatt Hasenmiller, Leibsker & Moore, 10 S LaSalle St Ste 2200, Chicago, IL 60603-1069 |
| 4841672 | + | CDGCSV70 051, PO Box 1022, Wixom, MI 48393-1022 |
| 4841673 | + | CDGCSV70 057, PO Box 1022, Wixom, MI 48393-1022 |
| 4841674 | + | CDGCSV70 066, PO Box 1022, Wixom, MI 48393-1022 |
| 4841675 | + | Central Credit Services, PO Box 358, Ramsey, NJ 07446-0358 |
| 4841676 | + | Chauffeurs Teamsters Helpers, Teamsters Local Union No 776, 2552 Jefferson Street, Harrisburg, PA 17110-2519 |
| 4841677 | + | Choice Privileges VISA, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 4841687 | + | Ditech Financial LLC, PO Box 44265, Jacksonville, FL 32231-4265 |
| 4892155 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 4841691 | + | Fresh View Solutions, PO Box 172285, Denver, CO 80217-2285 |
| 4841692 | | Gander Mountain, PO Box 78265, San Antonio, TX 78265 |
| 4841695 | + | Genpact Services LLC, PO Box 1969, Southgate, MI 48195-0969 |
| 4841696 | + | Hilton American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 4841698 | + | Kirman Eye, 29 West Main Street, Hummelstown, PA 17036-1538 |
| 4841705 | + | Mileage United VISA, Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850-5298 |
| 4841711 | + | Revespring Inc., PO Box 1280, Oaks, PA 19456-1280 |
| 4841720 | + | Sheetz VISA, FNB Omaha, PO Box 3696, Omaha, NE 68103-0696 |
| 4841724 | + | Tractor Supply Co, PO Box 790394, St Louis, MO 63179-0394 |
| 4841726 | + | Tri-State Financial, PO Box 2520, Wilkes Barre, PA 18703-0018 |
| 4841729 | + | Upromise World MasterCard, Barclays Bank, PO Box 8802, Wilmington, DE 19899-8802 |
| 4841735 | + | Worlds Foremost Bank, Jaffe & Asher LLP, 2041 Springwood Road, York, PA 17403-4836 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jul 19 2022 18:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid & Crane LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | | EDI: RECOVERYCORP.COM | | |
| | | | Jul 19 2022 22:43:00 | Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4841661 | + | Email/Text: legal@arsnational.com | | |

| ID | Code | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 19 2022 18:47:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 4841653 | ^ | MEBN | Jul 19 2022 18:41:18 | Advanced Call Center Technologies, PO Box 9091, Gray, TN 37615-9091 |
| 4841656 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | Amazon.com Store, Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 4841658 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | American Eagle VISA, Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 4841659 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 18:46:55 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 4906251 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 18:46:35 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4841666 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | BP Oil, Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 4841662 | + | EDI: TSYS2 | Jul 19 2022 22:43:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 4841665 | + | EDI: WFNNB.COM | Jul 19 2022 22:43:00 | Boscovs Store, Comenity Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 4841668 | ^ | MEBN | Jul 19 2022 18:41:26 | CAC Financial Corp, 2601 NW Expressway, Suite 1000 East, Oklahoma, OK 73112 |
| 4841669 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 18:46:40 | CACH LLC, PO Box 5980, Denver, CO 80217-5980 |
| 4841680 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 19 2022 18:47:00 | Citizens Bank, PO Box 42002, Providence, RI 02940 |
| 4876835 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 19 2022 18:47:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 4900772 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 19 2022 18:47:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 4879535 | + | Email/Text: bankruptcy@consumerportfolio.com | Jul 19 2022 18:47:00 | CPS, Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 4841670 | + | EDI: CAPITALONE.COM | Jul 19 2022 22:43:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5185573 | + | EDI: AIS.COM | Jul 19 2022 22:43:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 5185572 | + | EDI: AIS.COM | Jul 19 2022 22:43:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4897851 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 18:46:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4841671 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | CareCredit, Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 4841678 | + | EDI: CITICORP.COM | Jul 19 2022 22:43:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 4841679 | + | EDI: CITICORP.COM | Jul 19 2022 22:43:00 | Citi MasterCard, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 4841681 | + | Email/Text: mediamanagers@clientservices.com | Jul 19 2022 18:47:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 4841683 | + | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 18:46:55 | Costco American Express, PO Box 1270, Newark, NJ 07101-1270 |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 4841682 | + Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 18:46:55 | Costco American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 4841684 | + Email/Text: clientservices@credit-control.com | Jul 19 2022 18:47:00 | Credit Control LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |
| 4841685 | ^ MEBN | Jul 19 2022 18:41:20 | D&A Services, 1400 E Touhy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 4841686 | EDI: DISCOVER.COM | Jul 19 2022 22:43:00 | Discover Card, PO Box 30943, Salt Lake City, UT 84130 |
| 4912685 | EDI: Q3G.COM | Jul 19 2022 22:43:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4870685 | EDI: DISCOVER.COM | Jul 19 2022 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4841688 | + Email/Text: egssupportservices@alorica.com | Jul 19 2022 18:47:00 | EGS Financial Care Inc, 4740 Baxter Rd, Virginia Beach, VA 23462-4484 |
| 4841690 | Email/Text: Bankruptcy@FMAAlliance.com | Jul 19 2022 18:47:00 | FMA Alliance Ltd, 12339 Cutten Road, Houston, TX 77066 |
| 4841694 | Email/Text: GCSBankruptcy@gcserv.com | Jul 19 2022 18:47:00 | GC Services LP, 6330 Gulfton, Houston, TX 77081 |
| 4841693 | + EDI: WFNNB.COM | Jul 19 2022 22:43:00 | Gander Mountain MasterCard, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 4841697 | + EDI: CITICORP.COM | Jul 19 2022 22:43:00 | Home Depot, PO Box 790328, St Louis, MO 63179-0328 |
| 4841657 | EDI: JPMORGANCHASE | Jul 19 2022 22:43:00 | Amazon.com VISA, Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 4841699 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 19 2022 18:47:00 | Kohls Stores, PO Box 3043, Milwaukee, WI 53201-3043 |
| 4841700 | + EDI: RMSC.COM | Jul 19 2022 22:43:00 | Lowes, Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 4841706 | Email/Text: compliance@monarchrm.com | Jul 19 2022 18:47:00 | Monarch Recovery Management, 3260 Tillman Dr. Ste. 75, Bensalem, PA 19020-2059 |
| 4841701 | + EDI: CITICORP.COM | Jul 19 2022 22:43:00 | Macys Stores, PO Box 8053, Mason, OH 45040-8053 |
| 4841702 | ^ MEBN | Jul 19 2022 18:41:33 | Mercantile Adjustment Bureau, PO Box 9055, Williamsville, NY 14231-9055 |
| 4841704 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 19 2022 18:47:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 4841703 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 19 2022 18:47:00 | Midland Credit Management, 2365 Northside Drive Ste 300, San Diego, CA 92108-2710 |
| 4904307 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 19 2022 18:47:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4841708 | ^ MEBN | Jul 19 2022 18:41:19 | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 4841709 | + Email/Text: bankruptcydepartment@tsico.com | Jul 19 2022 18:47:00 | NCC Business Services, PO Box 24739, Jacksonville, FL 32241-4739 |
| 5310128 | Email/Text: mtgbk@shellpointmtg.com | Jul 19 2022 18:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5310129 | Email/Text: mtgbk@shellpointmtg.com | Jul 19 2022 18:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint |

| | | | | |
|---|---|---|---|---|
| | | | | Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4841710 | | ^ MEBN | Jul 19 2022 18:41:28 | Northstar Location Services, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 4841713 | | EDI: PRA.COM | Jul 19 2022 22:43:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 4841714 | + | Email/Text: bankruptcynotices@psecu.com | Jul 19 2022 18:47:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4841715 | + | Email/Text: bankruptcynotices@psecu.com | Jul 19 2022 18:47:00 | PSECU VISA, PO Box 67013, Harrisburg, PA 17106-7013 |
| 4884832 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 18:46:40 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 4841947 | | EDI: RECOVERYCORP.COM | Jul 19 2022 22:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4841717 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | Rewards of Sports MasterCard, Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 4841716 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | Rewards of Sports MasterCard, Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 4841718 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | Sams Club, c/o Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 4841719 | + | EDI: CITICORP.COM | Jul 19 2022 22:43:00 | Sears Premier MasterCard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 4841721 | + | EDI: CITICORP.COM | Jul 19 2022 22:43:00 | Sunoco, PO Box 6406, Sioux Falls, SD 57117-6406 |
| 4916630 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4841723 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | TJX Rewards MasterCard, Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 4841722 | + | EDI: WTRRNBANK.COM | Jul 19 2022 22:43:00 | Target VISA, PO Box 9500, Minneapolis, MN 55440-9500 |
| 4841725 | + | EDI: CITICORP.COM | Jul 19 2022 22:43:00 | Tractor Supply Company, Citibank NA, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 4901258 | + | Email/Text: RASEBN@raslg.com | Jul 19 2022 18:47:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4841730 | + | EDI: USAA.COM | Jul 19 2022 22:43:00 | USAA MasterCard, PO Box 34894, San Antonio, TX 78265-4894 |
| 4841731 | + | EDI: USAA.COM | Jul 19 2022 22:43:00 | USAA VISA, PO Box 34894, San Antonio, TX 78265-4894 |
| 4841727 | + | Email/Text: BAN5620@UCBINC.COM | Jul 19 2022 18:47:00 | United Collection Bureau, 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 4841728 | + | EDI: URSI.COM | Jul 19 2022 22:43:00 | United Recovery Systems, PO Box 722910, Houston, TX 77272-2910 |
| 4841732 | + | EDI: WFNNB.COM | Jul 19 2022 22:43:00 | Victorias Secret, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 4916312 | | EDI: CAPITALONE.COM | Jul 19 2022 22:43:00 | WORLD'S FOREMOST BANK-CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 4841733 | + | EDI: RMSC.COM | | |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 19 2022 22:43:00 | Walmart MasterCard, Synchrony Bank, PO Box 965002, Orlando, FL 32896-5002 |
| 4841734 | + | EDI: RMSC.COM | Jul 19 2022 22:43:00 | Walmart MasterCard, Synchrony Bank, PO Box 965022, Orlando, FL 32896-5022 |
| 4841736 | + | EDI: WFNNB.COM | Jul 19 2022 22:43:00 | Zales, Comenity Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 5033826 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 18:46:37 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 5033827 | | Email/PDF: bncnotices@becket-lee.com | Jul 19 2022 18:46:54 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 77

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 4879616 | *+ | CPS, Consumer Portfolio Services, PO Box 57071, Irvine, CA 92619-7071 |
| 5185575 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 5185574 | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4919733 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4841655 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 4841667 | ##+ | Cabelas VISA, PO Box 82519, Lincoln, NE 68501-2519 |
| 4841689 | ## | Encore Receivable Management, 400 N. Rogers Road, Olathe, KS 66062-1212 |
| 4841707 | ##+ | Nationwide Credit Inc, PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 4841712 | ##+ | Patenaude & Felix APC, 4545 Murphy Canyon Rd 3rd Fl, San Diego, CA 92123-4363 |

TOTAL: 0 Undeliverable, 7 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor USAA FEDERAL SAVINGS BANK cwohlrab@raslg.com |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| Joseph B. Sobel | on behalf of Debtor 2 Denise Ann Cramer DebtEnds@aol.com ojoclemens@aol.com |
| Joseph B. Sobel | on behalf of Debtor 1 Kenneth James Cramer DebtEnds@aol.com ojoclemens@aol.com |
| Joseph B. Sobel | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC DebtEnds@aol.com ojoclemens@aol.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kenneth James Cramer<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx−xx−3737<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | Denise Ann Cramer<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx−xx−4533<br>EIN  __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16−bk−04143−HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth James Cramer          Denise Ann Cramer

7/19/22

**By the court:** _(signed)_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**